IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Belcher, Willie L | Case Number: 07 B 12473 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 5/6/08 | Filed: 7/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 26, 2008
Confirmed: October 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,116.00 | |
| Secured: | | 36.81 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,018.79 |
| Trustee Fee: | | 60.40 |
| Other Funds: | | 0.00 |
| Totals: | 1,116.00 | 1,116.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Leeders & Associates LTD | Administrative | 2,057.00 | 1,018.79 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Rogers & Hollands Jewelers | Secured | 519.15 | 36.81 |
| 4. | GMAC Mortgage Corporation | Secured | 10,873.73 | 0.00 |
| 5. | AT&T Wireless | Unsecured | 250.90 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 245.59 | 0.00 |
| 7. | Rogers & Hollands Jewelers | Unsecured | 655.39 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 983.04 | 0.00 |
| 9. | T Mobile USA | Unsecured | 214.54 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 931.14 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 315.69 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 299.40 | 0.00 |
| 13. | B-Real LLC | Unsecured | 356.58 | 0.00 |
| 14. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 15. | AT&T | Unsecured | | No Claim Filed |
| 16. | AFNI | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Associated Recovery Systems | Unsecured | | No Claim Filed |
| 19. | AFNI | Unsecured | | No Claim Filed |
| 20. | Northland Group Inc | Unsecured | | No Claim Filed |
| 21. | Cingular Wireless | Unsecured | | No Claim Filed |
| 22. | Comcast | Unsecured | | No Claim Filed |
| 23. | Cook County State's Attorney | Unsecured | | No Claim Filed |
| 24. | Capital One | Unsecured | | No Claim Filed |
| 25. | Credit Collection | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Belcher, Willie L | | Case Number: | 07 B 12473 |
|---|---|---|---|---|
| | | | Judge: | Squires, John H |
| | Printed: 5/6/08 | | Filed: | 7/13/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Citibank | Unsecured | | No Claim Filed |
| 27. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 28. | GC Services Corporation | Unsecured | | No Claim Filed |
| 29. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 30. | Walmart | Unsecured | | No Claim Filed |
| 31. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 32. | Kropik Papuga and Shaw | Unsecured | | No Claim Filed |
| 33. | LVNV Funding | Unsecured | | No Claim Filed |
| 34. | Omnium Worldwide | Unsecured | | No Claim Filed |
| 35. | Pinnacle Bank | Unsecured | | No Claim Filed |
| 36. | Redline Recovery Services | Unsecured | | No Claim Filed |

```
                                                  _____      _____
                                                  $ 17,702.15     $ 1,055.60
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 59.56 |
| 6.5% | 0.84 |
| | _____ |
| | $ 60.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____